# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 26, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-31046   Plains Pipeline, L.P., et al v. Great Lakes Dredge & Dock Co., et al
                USDC No. 2:13-CV-398

The court has taken the following action in this case:

Denying unopposed motion of Appellants to file supplemental record excerpts.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Connie Brown, Deputy Clerk
504-310-7671

Mr. Philip S. Brooks Jr.
Mr. Wayne Jacob Gardner Jr.
Mr. Arthur Gordon Grant Jr.
Mr. Christopher Matthew Hannan
Mr. James H. Roussel
Mr. Norman C. Sullivan Jr.